UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUSIE CONNER, | Case No. 22-11965 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CARLETTA MCLEOD, *et al*, | Patricia T. Morris |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MARCH 18, 2025
REPORT AND RECOMMENDATION (ECF No. 43)**

Currently before the court is Magistrate Judge Patricia T. Morris' March 18, 2025 Report and Recommendation. (ECF No. 43). Magistrate Judge Morris recommends granting Defendants' motion for summary judgment (ECF No. 31) and denying Plaintiff's motion to overrule Defendants' objections and compel Defendants to respond as moot (ECF No. 35). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's

recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's March 18, 2025 Report and Recommendation (ECF No. 43), **GRANTS** Defendants' motion for summary judgment (ECF No. 31), and **DENIES** Plaintiff's motion to overrule Defendants' objections and compel Defendants to respond as moot (ECF No. 35).

    **SO ORDERED**.

Date: April 16, 2025　　　　　　　　　　　　　　　s/F. Kay Behm
　　　　　　　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge