UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSIE CONNER,

    Plaintiff,

v.

CARLETTA MCLEOD, *et al.*,

    Defendants.
_____/

Case No. 22-11965

Hon. F. Kay Behm
Hon. Patricia T. Morris

## **JUDGMENT**

In accordance with the court's order issued on this date, Plaintiff's complaint is **DISMISSED** and judgment is entered in favor of Defendants.

    **SO ORDERED**.

Date: July 17, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge