UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSIE CONNER,

    Plaintiff,

                                             Case No. 22-11965

v.

                                             Hon. F. Kay Behm

CARLETTA MCLEOD, *et al.*,        Hon. Patricia T. Morris

    Defendants.

_____/

## ORDER DENYING MOTION TO CORRECT DOCKET AS MOOT (ECF NO. 48)

Plaintiff Susie Conner has filed a motion to correct the docket register. When this action was filed, the court granted Conner's motion to proceed without prepayment of the filing fee and directed Conner to pay the fee in installments. ECF No. 4. The order indicated that Conner was to submit payments until the "entire filing fee of $402.00" was paid in full. *Id.* The order mistakenly set the filing fee, which was $350, at $402. The docket reflects that Plaintiff paid the filing fee of $350 in full as of April 27, 2023. ECF No. 5.

Subsequently, the court entered an amended order (ECF No. 41) correcting the original filing fee order to reflect that the filing fee amount was $350, not $402. In all other respects, the order is the same,

understandably causing Conner to believe that the court was requiring her to pay the filing fee twice. Conner requests that the court correct the docket to reflect her payments.

With this explanation, the court clarifies that no further payments are required. The docket reflects that Conner paid the full amount of the (correct) filing fee, and no correction is necessary. Conner's motion to correct the docket register is therefore **DENIED AS MOOT.**

**SO ORDERED.**


Dated: July 25, 2025                              s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge